United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GABRIEL REYES,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., a National Association; NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; and DOES 1 through 10, inclusive,

    Defendants.

Case No. 5:15-cv-03084-HRL

**ORDER VACATING MOTION HEARING AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

This court is informed that the parties currently are exploring a possible loan modification. Accordingly, the September 22, 2015 hearing on defendant Wells Fargo Bank's motion to dismiss is vacated. That motion will be held in abeyance pending the parties' ongoing loan modification efforts, without prejudice to Wells Fargo to have the motion restored to this court's calendar if the loan modification process does not resolve this matter.

Additionally, the October 6, 2015 Initial Case Management Conference is **continued to November 10, 2015, 1:30 p.m.** The parties shall file a Joint Case Management Statement no later than **November 3, 2015**. Alternatively, if the parties are continuing to pursue a loan modification at that time, then **no later than November 3**, they shall file a joint report advising as to the status

1  of their efforts and how much additional time, if any, is required to complete that process.

2      SO ORDERED.

3  Dated:   September 25, 2015

4

5                            HOWARD R. LLOYD
                          United States Magistrate Judge

5:15-cv-03084-HRL Notice has been electronically mailed to:

Edward Robert Ramirez    err@ramirezassociatesllp.com

Gurinder Singh Grewal    gsg@severson.com, jc@severson.com, jfa@severson.com