UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., a National Association, NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.  5:15-cv-03084-HRL<br><br>**ORDER RE-SETTING DEADLINES RE WELLS FARGO'S MOTION TO DISMISS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Based on the parties' January 5, 2016 status report, the court orders as follows:

The hearing on Wells Fargo Bank's motion to dismiss is set for **February 16, 2016, 10:00 a.m.** in Courtroom 2.  Plaintiff's opposition shall be filed no later than **January 19, 2016**.  Wells Fargo's reply shall be filed no later than **January 26, 2016**.

The Initial Case Management Conference is continued to **April 5, 2016, 1:30 p.m.**  All related deadlines are adjusted accordingly.

SO ORDERED.

Dated:   January 6, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

1  5:15-cv-03084-HRL Notice has been electronically mailed to:

2  Edward Robert Ramirez    err@ramirezassociatesllp.com

3  Gurinder Singh Grewal    gsg@severson.com, jc@severson.com, jfa@severson.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28