UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., a National Association; NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation,<br><br>    Defendants. | Case No. 5:15-cv-03084-HRL<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR CONTINUANCE** |

Plaintiff's request to continue the February 23, 2016 show cause hearing is denied. The show cause hearing remains on this court's calendar for February 23, 2016, l0:00 a.m.

SO ORDERED.

Dated:   February 22, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-03084-HRL Notice has been electronically mailed to:

Edward Robert Ramirez    err@ramirezassociatesllp.com

Gurinder Singh Grewal    gsg@severson.com, jc@severson.com, jfa@severson.com

Jason Allen Savlov    jsavlov@rcolegal.com, aphommasa@rcolegal.com