United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL REYES,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., a National Association; NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation,<br><br>    Defendants. | Case No. 5:15-cv-03084-HRL<br><br>**ORDER FOLLOWING SHOW CAUSE HEARING** |

For the reasons discussed at the February 23, 2016 show cause hearing, this case will not be dismissed. However, plaintiff's counsel is sanctioned $300, payable forthwith to the Clerk of the Court.

The time for amending the complaint as a matter of course having passed, see Fed. R. Civ. P. 15(a)(1), plaintiff's First Amended Complaint filed on February 22, 2016 is stricken. This ruling is without prejudice to plaintiff to bring a properly noticed motion for leave to amend.

A further status conference is set for **March 29, 2016, 1:30 p.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California. The parties shall

1  file a joint status report no later than **March 22, 2016**.

2  SO ORDERED.

3  Dated:   February 23, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-03084-HRL Notice has been electronically mailed to:

Edward Robert Ramirez	err@ramirezassociatesllp.com

Gurinder Singh Grewal	gsg@severson.com, jc@severson.com, jfa@severson.com

Jason Allen Savlov	jsavlov@rcolegal.com, aphommasa@rcolegal.com