UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIEL REYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.  5:15-cv-03084-HRL<br><br>**ORDER RE-SETTING BRIEFING AND HEARING DATES RE WELLS FARGO'S MOTION TO DISMISS** |

Based on the parties' March 22, 2016 status report, the court sees no need for an appearance at this time and vacates the March 29, 2016 status conference. The court re-sets briefing and hearing deadlines re Wells Fargo's motion to dismiss (Dkt. 11) as follows:

　　Opposition due:　　April 12, 2016

　　Reply due:　　April 19, 2016

　　Motion hearing:　　May 17, 2016, 10:00 a.m.

　　SO ORDERED.

Dated:　March 25, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-03084-HRL Notice has been electronically mailed to:

Edward Robert Ramirez     err@ramirezassociatesllp.com, edwardrramirezjr@gmail.com

Gurinder Singh Grewal     gsg@severson.com, jc@severson.com, jfa@severson.com

Jason Allen Savlov     jsavlov@rcolegal.com, aphommasa@rcolegal.com